UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BOS,<br><br>    Appellant,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FUND FOUR CALIFORNIA, et al.,<br><br>    Appellees. | No. 2:12-cv-02026-MCE<br><br>**ORDER** |

The United States Court of Appeals for the Ninth Circuit has remanded this action. ECF Nos. 32, 34. Pursuant to the Ninth Circuit's opinion, this action is further remanded to the Bankruptcy Court with instructions to discharge the debt. See ECF No. 32 at 13.

    IT IS SO ORDERED.

Dated: September 25, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1